UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANE RACHEL STERNBERG AND HAATZAMA, INC., <br><br>                    Plaintiffs, <br><br> -against- <br><br> NAOMI WIEDERMAN (née HOLLAND), <br><br>                    Defendant. | 21-CV-5403 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear on Monday, December 20, 2021 at 10:00 a.m. in Courtroom 12A for a conference regarding Defendant's motion to dismiss.

**SO ORDERED.**

Dated:    December 7, 2021
           New York, New York

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge