UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANE RACHEL STERNBERG AND HAATZAMA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> NAOMI WIEDERMAN (née HOLLAND), <br><br> Defendant. | 21-CV-5403 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel is informed that the Court will hear oral argument regarding Defendant's motion to dismiss at the conference on Monday, December 20, 2021 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    December 8, 2021
            New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge