

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANE RACHEL STERNBERG and
HAATZAMA, INC.,

                Plaintiffs,

-against-

NAOMI WIEDERMAN (née HOLLAND),

                Defendant.

No. 21-CV-5403 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record of the trial transcript dated December 20, 2021, Plaintiffs have not met their burden for establishing jurisdictional discovery. Therefore, Defendant's motion to dismiss (dkt. no. 11) is <u>GRANTED</u> and the case is dismissed. The Clerk of the Court shall mark this action closed and all pending actions are denied as moot.

**SO ORDERED.**

Dated:    December 20, 2021
            New York, New York

                                            LORETTA A. PRESKA
                                            Senior United States District Judge