UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHANE RACHEL STERNBERG and
HAATZAMA, INC.,

                Plaintiff,                21 **CIVIL** 5403 (LAP)

    -against-                       **JUDGMENT**

NAOMI WIEDERMAN (nèe HOLLAND),

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2021, for the reason stated on the record of the trial transcript dated December 20, 2021, Plaintiffs have not met their burden for establishing jurisdictional discovery. Therefore, Defendant's motion to dismiss (dkt. No. 11) is granted and the case is dismissed; accordingly, this case is closed,

**Dated:**  New York, New York
          December 21, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                         **BY:**
                                      **Deputy Clerk**